Opinion filed June 28, 1932.

Maurice Alschuler, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Ralph L. Painter, appellee, v. Illinois Traction, Inc., appellant. Gen. No. 35,715.

Opinion filed June 28, 1932.

E. Bentley Hamilton, for appellant. Hollerich & Hurley and William Greene, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Jack Niles Company, appellee, v. Hugo Meyer, appellant. Gen. No. 35,753.

Opinion filed June 28, 1932.

Rufus M. Potts, C. W. Armstrong and Frank X. Brickley, for appellant. Parker, McKeon & Clusman, for appellee; James B. McKeon, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

General Acceptance Company, appellant, v. Melissa McNally, appellee. Gen. No. 35,771.

Opinion filed June 28, 1932.

Harry S. Greenstein, for appellant; Harry F. Brewer, of counsel. James R. Glass, for appellee; Alexander J. Napoli, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

H. M. Byllesby & Company, appellant, v. Wilmer C. Bennett, appellee. Gen. No. 35,792.

Opinion filed June 28, 1932.

Owen & Campbell, for appellant; Cummins, Hagenah & Flynn, Malcolm Dale Owen, H. P. Reynolds and J. R. Phillips, of counsel. McDonald & Richmond, for appellee; Lyle L. Richmond, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.